## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robenson Jean-Pierre and Jean Metelus, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>J&L Cable TV Services, Inc,<br><br>        Defendant. | Civil Action No. 1:18-cv-11499-MLW<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**NOTICE OF FILING OF CONSENTS TO JOIN COLLECTIVE ACTION** |

### NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION

Plaintiffs Robenson Jean-Pierre and Jean Metelus, individually and on behalf of all persons similarly situated, hereby files the following Opt-In Consent Forms, submitted herewith as Exhibits 1 through 12, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, *et seq.*

**CONSENTS TO JOIN COLLECTIVE ACTION**

| EXHIBIT NUMBER | NAME | OPT-IN NUMBER |
|---|---|---|
| 1 | Robenson Jean Pierre | 1 |
| 2 | Jean Metelus | 2 |
| 3 | Dario Camille | 3 |
| 4 | Odney Civil | 4 |
| 5 | Sterling Francois | 5 |
| 6 | Frantz Joseph | 6 |
| 7 | Moise Leveille | 7 |
| 8 | Lovens Ovilmar | 8 |
| 9 | Jacques Phirmerlus | 9 |
| 10 | Lovingson Suplice | 10 |

| 11 | Markenson Morinvil | 11 |
|---|---|---|
| 12 | Edson Volcy | 12 |

Date: August 2, 2018    Respectfully submitted,


/s/ Matthew Thomson
Matthew W. Thomson, Mass. BBO # 682745

Lichten & Liss-Riordan, P.C.
729 Boylston Street
Suite 2000
Boston, MA 02116

Sarah R. Schalman-Bergen (*pro hac vice* to be submitted)
Stacy Savett (*pro hac vice* to be submitted)
Shoshana Savett (*pro hac vice* to be submitted)

BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
sschalman-bergen@bm.net
stasavett@bm.net
stsavett@bm.net

Carolyn Hunt Cottrell (*pro hac vice* to be submitted)
Ori Edelstein (*pro hac vice* to be submitted)
Michelle S. Lim (*pro hac vice* to be submitted)

SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

Attorneys for Plaintiffs, the Collective and Putative Class

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for all parties through the Court's ECF system on August 2, 2018.


__*/s/ Matthew Thomson*_____
Matthew Thomson