# Exhibit G

# U.S. District Court
## District of Rhode Island (Providence)
## CIVIL DOCKET FOR CASE #: 1:14-cv-00442-WES-LDA

Sigui et al v. M+M Communications Inc. et al          Date Filed: 10/08/2014
Assigned to: Chief Judge William E. Smith        Jury Demand: Both
Referred to: Magistrate Judge Lincoln D. Almond    Nature of Suit: 710 Labor: Fair Standards
Cause: 29:201 Fair Labor Standards Act        Jurisdiction: Federal Question

### Plaintiff

**Juan Sigui**
*individually and on behalf of other similarly
situated individuals,*

represented by **Richard A. Sinapi**
Sinapi Law Associates, Ltd.
2374 Post Road
Suite 201
Warwick, RI 02886
401-739-9690
Fax: 401-739-9040
Email: ras@sinapilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danilo A. Borgas**
Sinapi Law Associates, Ltd.
2374 Post Road
Suite 201
Warwick, RI 02886
401-739-9690
Fax: 401-739-9040
Email: dab@sinapilaw.com
*ATTORNEY TO BE NOTICED*

**Joshua D. Xavier**
Sinapi Law Associates, Ltd..
2374 Post Road
Suite 201
Warwick, RI 02886
401-739-9690
Fax: 401-739-9040
Email: jdx@sinapilaw.com
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Jose Sigui**
*individually and on behalf of other similarly
situated individuals*

represented by **Richard A. Sinapi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danilo A. Borgas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua D. Xavier**

| 02/01/2017 | 75 | RESPONSE in Opposition re 74 MOTION for Leave to File Document WITH SUPPORTING MEMORANDUM filed by Cox Rhode Island Telcom, LLC, CoxCom, LLC. Replies due by 2/8/2017. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Idalski, Annette) (Entered: 02/01/2017) |
|---|---|---|
| 02/08/2017 | | TEXT ORDER granting 74 Plaintiffs' Motion for Leave to File a Supplemental Reply in Support of Plaintiffs' Reply to Defendant Cox Rhode Island Telcom, LLC's, Alias, and COXCOM, LLC's, Alias, Objection to Plaintiffs' Motion to Compel Further Responses to Plaintiffs' First Request for Production of Documents. So Ordered by Magistrate Judge Lincoln D. Almond on 2/8/2017. (Noel, Jeannine) (Entered: 02/08/2017) |
| 02/08/2017 | 76 | RESPONSE in Support re 56 MOTION to Compel Additional and Further Responses Regarding Rule 30(b)(6) Deposition of Defendants Cox Rhode Island Telcom, LLC, alias and CoxCom, LLC, alias, and for the Imposition of Costs and Attorney's Fees *SUPPLEMENTAL REPLY* filed by Joseph Mendez, Adalberto Molina, Nelkin A. Ramirez, Jose L. Santos, Jose Sigui, Juan Sigui. (Sinapi, Richard) (Entered: 02/08/2017) |
| 02/10/2017 | | NOTICE of Hearing on 57 MOTION to Certify Class *CONDITIONAL COLLECTIVE CERTIFICATION AND FOR COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. 216(B)* : Motion Hearing **scheduled for Monday 4/3/2017 at 2:00 PM in Courtroom 2** before Chief Judge William E. Smith. (Jackson, Ryan) (Entered: 02/10/2017) |
| 03/15/2017 | 77 | MEMORANDUM AND ORDER - Plaintiffs' Motions to Compel Further Document Production (Document Nos. 54 and 71) are GRANTED in part and DENIED in part as specified herein; and Plaintiffs' Motion to Compel regarding the Rule 30(b)(6) Deposition (Document No. 56) is DENIED. So Ordered by Magistrate Judge Lincoln D. Almond on 3/15/2017. (Noel, Jeannine) (Entered: 03/15/2017) |
| 03/15/2017 | | TEXT ORDER DENYING as moot. The parties shall confer and submit a joint proposed scheduling order to the Court within fourteen days. 55 Motion to Amend/Correct. So Ordered by Magistrate Judge Lincoln D. Almond on 3/15/2017. (Noel, Jeannine) (Entered: 03/15/2017) |
| 03/31/2017 | 78 | Joint MOTION to Amend/Correct *Scheduling Order* filed by All Plaintiffs. Responses due by 4/14/2017. (Sinapi, Richard) (Entered: 03/31/2017) |
| 04/03/2017 | 79 | NOTICE of Appearance by Danilo A. Borgas on behalf of All Plaintiffs (Borgas, Danilo) (Entered: 04/03/2017) |
| 04/03/2017 | | Minute Entry for proceedings held before Chief Judge William E. Smith: Motion Hearing held on 4/3/2017 re 57 MOTION to Certify Class *CONDITIONAL COLLECTIVE CERTIFICATION AND FOR COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. 216(B)* filed by Nelkin A. Ramirez, Juan Sigui, Adalberto Molina, Joseph Mendez, Jose Sigui, Jose L. Santos. (Sinapi, Borgas, Chittick, Wagner) Court addresses. Counsel argue motion. Court grants in part plaintiff's motion. Text order of today's ruling to be docketed. Recess. (Court Reporter Denise Veitch in Courtroom 2 at 2:10 p.m.) (Urizandi, Nisshy) (Entered: 04/03/2017) |
| 04/04/2017 | | TEXT ORDER granting 78 Motion to Amend/Correct; Reset Deadlines: Additional Factual Discovery to close by 7/31/2017; Dispositive Motions to be filed by 9/5/2017; Pretrial Memorandum due 30 days after decision on any pending motions, or if no motions are pending by 9/5/2017. So Ordered by Chief Judge William E. Smith on 4/4/2017. (Jackson, Ryan) (Entered: 04/04/2017) |
| 04/04/2017 | | TEXT ORDER GRANTING IN PART 57 MOTION to Certify Class CONDITIONAL COLLECTIVE CERTIFICATION AND FOR COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. 216(B). Parties shall confer about the Proposed Notice and |

| | | |
|---|---|---|
| | | Consent to Sue forms and shall submit a joint proposed Notice of Pendency of Lawsuit form and Consent to Sue form to the Court for approval within fourteen days. Once the Notice and Consent to Sue forms are approved by the Court, Plaintiffs may notify by mail and email those individuals who started working as Field Service Technicians for M&M Communications, Inc. and performed work for customers of Cox Communications prior to January 1, 2015. The opt-in period shall be sixty days. The Notice shall not be posted at M&M Communications, Inc. worksites. So Ordered by Chief Judge William E. Smith on 4/4/2017. (Urizandi, Nisshy) (Entered: 04/04/2017) |
| 04/18/2017 | 80 | MOTION PLAINTIFFS SUBMISSION OF AGREEMENTS AND DISAGREEMENTS RELATIVE TO THE PROPOSED NOTICE AND CONSENT TO SUE FORMS AND ARGUMENT IN SUPPORT OF PLAINTIFFS PROPOSED FORM OF NOTICE re Order on Motion to Certify Class,,, filed by All Plaintiffs. Responses due by 5/2/2017. (Attachments: # 1 Exhibit Plaintiff's Proposed Notice, # 2 Exhibit Agreed Upon Consent to Sue Form)(Sinapi, Richard) (Entered: 04/18/2017) |
| 04/26/2017 | | TEXT ORDER setting Briefing Schedule: Defendant Cox Communications' Motion for Summary Judgment (re: Joint Employer issue only) to be filed on or before 5/12/17; Plaintiffs' Objection and Cross-Motion for Summary Judgment to be filed on or before 6/16/17; Defendants' Reply and Objection (to Cross-Motion) to be filed on or before 7/7/17; Plaintiffs' Reply to be filed on or before 7/21/17. So Ordered by Magistrate Judge Lincoln D. Almond on 4/26/2017. (Jackson, Ryan) (Entered: 04/26/2017) |
| 05/02/2017 | 81 | RESPONSE in Opposition re 80 MOTION PLAINTIFFS SUBMISSION OF AGREEMENTS AND DISAGREEMENTS RELATIVE TO THE PROPOSED NOTICE AND CONSENT TO SUE FORMS AND ARGUMENT IN SUPPORT OF PLAINTIFFS PROPOSED FORM OF NOTICE re Order on Motion to Certify Class,,, filed by MM Communications Inc.. Replies due by 5/9/2017. (Atchison, James) (Entered: 05/02/2017) |
| 05/10/2017 | 82 | ORDER granting 80 Plaintiffs' Motion/Submission of Agreements and Disagreements Relative to the Proposed Notice and Consent to Sue Forms. So Ordered by Chief Judge William E. Smith on 5/10/2017. (Jackson, Ryan) (Entered: 05/10/2017) |
| 05/12/2017 | 83 | MOTION for Summary Judgment *by Defendant Cox* WITH SUPPORTING MEMORANDUM filed by Cox Rhode Island Telcom, LLC, CoxCom, LLC. Responses due by 5/26/2017. (Attachments: # 1 Supporting Memorandum)(Idalski, Annette) (Entered: 05/12/2017) |
| 05/12/2017 | 84 | STATEMENT OF UNDISPUTED FACTS by Cox Rhode Island Telcom, LLC, CoxCom, LLC re 83 MOTION for Summary Judgment *by Defendant Cox*. (Attachments: # 1 Appendix of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Exhibit Y, # 27 Exhibit Z)(Idalski, Annette) (Entered: 05/12/2017) |
| 06/12/2017 | 85 | MOTION to Amend/Correct Order, *Briefing Schedule* filed by All Plaintiffs. Responses due by 6/26/2017. (Sinapi, Richard) (Entered: 06/12/2017) |
| 06/13/2017 | 86 | Court's Alternative Dispute Resolution Plan. Information about the Plan can be found by clicking here. So Ordered by Chief Judge William E. Smith on 6/13/2017. (Farrell Pletcher, Paula) CLERK'S NOTE: *Docket entry was docketed in the wrong case. Please disregard.*Modified on 10/20/2017 (Farrell Pletcher, Paula). (Entered: 06/13/2017) |
| 06/15/2017 | 87 | RESPONSE in Opposition re 85 MOTION to Amend/Correct Order, *Briefing Schedule* filed by Cox Rhode Island Telcom, LLC, CoxCom, LLC. Replies due by 6/22/2017. |