# Exhibit J

**NOTICE OF COLLECTIVE ACTION LAWSUIT**

*Jean-Pierre, et al v. J&L Cable TV Services, Inc.*, **No. 1:18-cv-11499-MLW (D. Mass.)**

This Notice contains important information about your rights under a federal law called the
Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA").

You are receiving this Notice because you are a current or former Technician who was employed by J&L Cable TV Service, Inc. in the United States during the time period of [DATE] through the present.

**PLEASE READ THIS NOTICE CAREFULLY.
THIS NOTICE COULD AFFECT YOUR LEGAL RIGHTS.**

The purpose of this Notice is to inform you of the existence of a lawsuit that may affect your rights to recover unpaid wages, to advise you of how your rights may be affected by this suit, and to instruct you on the procedure for participating in this suit, should you choose to do so.

YOU HAVE NOT JOINED THE LAWSUIT UNTIL YOU SIGN AND RETURN THE "OPT-IN CONSENT FORM" PROVIDED WITH THIS NOTICE TO THE CLAIMS ADMINISTRATOR LISTED BELOW.

**The Court authorized this Notice to be sent, but takes no position on the merits of the lawsuit.
Please return your form as soon as possible, by [DATE], so that your rights may be preserved.
Forms postmarked or returned after [DATE] may not be accepted by the Court in this litigation, and you should contact Plaintiffs' counsel regarding your claims.**

| What's the lawsuit about? | What are my legal rights if I join? |
|---|---|
| The lawsuit seeks to recover allegedly unpaid payment for all hours worked, including payment for overtime, and minimum wage violations for current and former non-exempt, employees who were employed by Defendant J&L Cable TV Services, Inc. ("J&L") as Technicians. | If you join this lawsuit, you will be bound by the result of this case, whether it is favorable or unfavorable. The right to recovery for any plaintiff is not guaranteed or certain, and depends on the adjudication of the claim. If the employees win, you may get additional compensation for unpaid overtime, if any. If they lose, you will get nothing. Joining the lawsuit does not guarantee that you will receive any compensation. |
| The lawsuit alleges, among other things, that Technicians, failed to receive payment for all hours worked, including without limitation, for time spent working off-the-clock; for certain piece-rate compensation which they earned; and that J&L failed to make, keep, and preserve accurate records. In the lawsuit, Plaintiffs' claims seek payment for all hours worked, statutory trebling, liquidated damages, reasonable attorneys' fees, and court costs. | The attorneys for the Plaintiffs are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees owed to Plaintiffs' counsel. You are not under any obligation to pay any attorneys' fees or costs by joining the lawsuit. |
| J&L denies all allegations in the lawsuit. | **What are my legal obligations if I join?** |
| **Can I join?** | If you join this lawsuit, you may be required, with the assistance of the Plaintiffs' lawyers, to respond to written questions, search for and provide documents to Defendant, attend a deposition and/or testify in court. |
| You can join this lawsuit if you are or were a non-exempt, employee employed in the position of Technician in the United States by J&L any time between [DATE] through the present. | **What happens if I do not join?** |
| **How do I join?** | If you choose not to join this suit, you will not be affected by any judgment or settlement rendered in this case, whether favorable or unfavorable. If you choose not to join in this lawsuit, you are free to file your own lawsuit. |
| If you wish to join this lawsuit, fill out and sign the enclosed "Opt-in Consent Form" and send it to the Claims Administrator at the following address:<br>        J&L FLSA LITIGATION<br>         c/o Claims Administrator<br>Claims Administrator Address<br>You may also mail, email, or fax the completed form to Plaintiffs' lawyers at the email address provided below or | **Who represents the employees (Plaintiffs)?** |
| | The law firms of Berger Montague PC and Schneider Wallace Cottrell Konecky Wotkyns LLP will represent |

| | |
|---|---|
| submit the form electronically at [_____], access code: [_____]. <br><br> **<u>No retaliation permitted</u>** <br><br> Federal law prohibits anyone from terminating, retaliating against you, or in any other manner discriminating against you as a result of your completing and submitting an Opt-In Consent Form or participating in this case. | those who receive this notice and join the collective action. You may also consult with or retain the attorney of your choice. <br><br> **<u>Questions?</u>** <br><br> [insert attorney name] <br> [insert firm] <br> Phone: [insert phone number] <br> Email: [insert email] |

**\*\*PLEASE NOTE\*\***

There is a two (2) year deadline for filing overtime claims or three (3) years if the violation is determined to be willful. This deadline continues to run until the attached "Opt-in Consent Form" is filed with the court.. Therefore, if you wish to participate in this lawsuit, return your "Opt-in Consent Form" as soon as possible so that your rights may be preserved.