# Exhibit L

## <u>NOTICE VIA CELL PHONE TEXT MESSAGE</u>

If you worked as a Technician for J&L Cable TV Services, Inc. in the United States anytime between [DATE] to the present, you may be eligible to join a lawsuit for unpaid overtime. For info, contact Attorney [to be inserted] at (xxx) XXX-XXXX.

.