# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robenson Jean-Pierre and Jean Metelus, on behalf of themselves and all others similarly situated, | Civil Action No.: 1:18-cv-11499 |
| Plaintiffs, | |
| v. | |
| J&L Cable TV Services, Inc., | |
| Defendant. | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND TO FACILITATE NOTICE

**AND NOW**, this ___ day of _____, 2018, upon consideration of Plaintiffs' Motion for Conditional Certification and to Facilitate Notice pursuant to 29 U.S.C. § 216(b), Defendant's response thereto, and all related briefs, it is hereby **ORDERED** that the Motion is **GRANTED.**

**THEREFORE**, it is hereby **ORDERED** that:

1.      Plaintiffs' FLSA claims are conditionally certified as a collective action on behalf of all current and former non-exempt employees of J&L Cable TV Services, Inc. working as Technicians throughout the United States between [three years prior to the date of this Order granting Conditional Certification] and the present (the "Collective").

2.      Plaintiffs' proposed Notice, Opt-In Consent Form, and proposed short form text Notice, attached as Exhibits J, K, and L, respectively, to the Savett Declaration in Support of Plaintiffs' Motion are approved.

3.      Defendants are instructed to provide to Plaintiffs' counsel, within fourteen (14) calendar days, a computer readable database containing the names, last known mailing addresses, last known e-mail addresses, telephone numbers (including cell phone numbers), social security numbers, and dates of employment for all members of the FLSA Collective.

4.      Plaintiffs' counsel, within ten (10) business days of receiving the computer readable database, shall cause the Notices and Opt-In Consent Form to be sent to all members of the FLSA Collective who have not already filed Opt-In Consent Forms on the docket at that time ("Notice Date").  Plaintiffs' counsel may utilize a third-party Notice Administrator for this purpose.

5.      By the Notice Date, Defendant shall post a copy of the Notice in appropriate, conspicuous, visible, and accessible places at each of its sites, where it will be seen by current members of the FLSA Collective, for a period of ninety (90) days.

6.      All members of the FLSA Collective shall be provided ninety (90) days from the date of mailing the Notices and Opt-In Consent Form to "opt in" to this lawsuit.  Members of the FLSA Collective may submit their Opt-In Consent Forms via regular mail, electronic mail, or facsimile, and they may execute and submit their Opt-In Consent Forms online through an electronic signature service that will be established by Plaintiffs' counsel or the Notice Administrator.  Opt-In Consent Forms will be considered timely if postmarked or otherwise submitted to Plaintiffs' Counsel or the Notice Administrator on or before the 90th day.

7.      All Opt-In Consent Forms will be deemed to have been filed with the Court the date that they are stamped as received by Plaintiffs' Counsel or the Notice Administrator, and Plaintiffs' Counsel will file them electronically on the docket on a weekly basis.

**SO ORDERED.**

Date: _____          _____
                                      Hon. Mark L. Wolf, U.S.D.J.