# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robenson Jean-Pierre and Jean Metelus, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J&L Cable TV Services, Inc,<br><br>Defendant. | Civil Action No. 1:18-cv-11499-MLW<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**NOTICE OF FILING OF CONSENT TO JOIN COLLECTIVE ACTION** |

### NOTICE OF FILING CONSENT TO JOIN COLLECTIVE ACTION

Plaintiffs Robenson Jean-Pierre and Jean Metelus, individually and on behalf of all persons similarly situated, hereby files the following Opt-In Consent Form, submitted herewith as Exhibit 1, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, *et seq.*

**CONSENT TO JOIN COLLECTIVE ACTION**

| EXHIBIT NUMBER | NAME | OPT-IN NUMBER |
|---|---|---|
| 1 | Jean Blanc | 38 |

Date: June 21, 2019

Respectfully submitted,

*/s/ Michelle S. Lim*_____ _
Carolyn Hunt Cottrell (admitted *pro hac vice*)
Ori Edelstein (admitted *pro hac vice*)
Michelle S. Lim (admitted *pro hac vice*)

SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

1

ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

Matthew W. Thompson, BBO # 682745

Lichten & Liss-Riordan, P.C.
729 Boylston Street
Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
mthomson@llrlaw.com

Sarah R. Schalman-Bergen (admitted *pro hac vice*)
Stacy Savett (*pro hac vice* to be submitted)
Shoshana Savett (admitted *pro hac vice*)

BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
sschalman-bergen@bm.net
stasavett@bm.net
stsavett@bm.net

Attorneys for Plaintiffs, the Collective and Putative Class

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for all parties through the Court's ECF system on June 21, 2019.

*/s/ Michelle S. Lim*_____
Michelle S. Lim

# EXHIBIT 1

**OPT-IN CONSENT FORM**
*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
**United States District Court, District of Massachusetts**

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

| Name: Jean Blanc (Please Print) | Date of Birth: ▉ |
|---|---|
| Address: ▉ | Phone No. 1: ▉<br>Phone No. 2: ▉<br>E-mail Address: ▉ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*.**

1. I consent and agree to pursue my claims relating to and arising from Defendant (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked as a/an (**title**) technician for Defendant in (**city, state**) boca raton /wpb fl from approximately on or about (**date**) 10/10/2016 to approximately on or about (**date**) 06/11/2016.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq*. I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger & Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 6/20/2019 (Date Signed) | DocuSigned by: [signature] 109159D445914CC... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**