**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBENSON JEAN-PIERRE AND JEAN METELUS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J&L CABLE TV SERVICES, INC.,<br><br>Defendant. | Docket No. 1:18-cv-11499-MLW<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION** |

**NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION**

Plaintiffs Robenson Jean-Pierre and Jean Metelus, individually and on behalf of all persons similarly situated, hereby file the following Opt-In Consent Forms, submitted herewith as Exhibits 1 through 9, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, et seq.  **CONSENTS TO JOIN COLLECTIVE ACTION**

| EXHIBIT NUMBER | NAME | OPT-IN NUMBER |
|---|---|---|
| 1 | Justin Wells | 39 |
| 2 | Jose A. Alvarez | 40 |
| 3 | Vincent M. Joubert | 41 |
| 4 | Michael Doyle | 42 |
| 5 | Jonathan Duran | 43 |
| 6 | Joseph DelGiudice Jr. | 44 |
| 7 | Morris Epps Jr. | 45 |
| 8 | Jason Ortiz | 46 |

| 9 | Juan R. Suriel | 47 |
|---|---|---|

Dated: November 25, 2019

Respectfully submitted,

/s/ Shoshana Savett
Sarah R. Schalman-Bergen
Shoshana Savett
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604
sschalman-bergen@bm.net
stsavett@bm.net


Matthew W. Thomson, BBO #682745
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile:  (617) 994-5801
mthomson@llrlaw.com


Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS, LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

*Attorneys for Plaintiffs, the Collective and Putative Class*

## **CERTIFICATE OF SERVICE**

    I, Shoshana Savett, hereby certify that on November 25, 2019, I filed the foregoing via the Court's CM/ECF system, which will automatically send a notice of filing to counsel of record.

                                      /s/ Shoshana Savett
                                      Shoshana Savett