# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBENSON JEAN-PIERRE AND JEAN METELUS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J&L CABLE TV SERVICES, INC.,<br><br>Defendant. | Docket No. 1:18-cv-11499-MLW<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION** |

## NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION

Plaintiffs Robenson Jean-Pierre and Jean Metelus, individually and on behalf of all persons similarly situated, hereby files the following Opt-In Consent Forms, submitted herewith as Exhibit 1, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, et seq.  **CONSENTS TO JOIN COLLECTIVE ACTION:**

48. Jeremias Ramirez

49. Jason Wisdom

50. Rocky Gorbey

51. Richard Gasbarro

52. Jimy Pierre

53. Douglas Harrington

54. Ryan   Snyder

55. Jermaine Menzie

56. Prosper Jean-Jacques

57. Shawntay Smith

58. Jiquelle Kinnard

59. Johnathen Garza

60. Marcos Rodriguez

61. Cornell Hair

62. Michael Gary Fauntleroy

63. John Coyman

64. Phillip Strout

65. Nicholas O. Perry

66. Jean Presendieu

67. Nathan Purrington

68. Lovens Ovilmar

69. Eduardo Rosario

70. Aymar Baghana

Dated: December 02, 2019                                        Respectfully submitted,

/s/ Shoshana Savett
Sarah R. Schalman-Bergen
Shoshana Savett
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604
sschalman-bergen@bm.net
stsavett@bm.net


Matthew W. Thomson, BBO #682745
Lichten & Liss-Riordan, P.C.

        729 Boylston Street, Suite 2000
        Boston, MA 02116
        Telephone: (617) 994-5800
        Facsimile:  (617) 994-5801
        mthomson@llrlaw.com

        Carolyn H. Cottrell
        Ori Edelstein
        Michelle S. Lim
        SCHNEIDER WALLACE
        COTTRELL KONECKY
        WOTKYNS, LLP
        2000 Powell Street, Suite 1400
        Emeryville, CA 94608
        Telephone: (415) 421-7100
        Facsimile:  (415) 421-7105
        ccottrell@schneiderwallace.com
        oedelstein@schneiderwallace.com
        mlim@schneiderwallace.com

        *Attorneys for Plaintiffs, the Collective and Putative Class*

## **CERTIFICATE OF SERVICE**

I, Shoshana Savett, hereby certify that on December 02, 2019, I filed the foregoing via the Court's CM/ECF system, which will automatically send a notice of filing to counsel of record.

        /s/ Shoshana Savett
        Shoshana Savett