# EXHIBIT 1

# OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| | |
|---|---|
| Name: Eduardo Rosario (Please Print) | **Phone No. 1:** |
| Address: | **Phone No. 2:** |
| | **Emil Address:** |

## CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) ______________ to approximately (month, year) ______________.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11/23/2019 (Date Signed) | [signature] (Signature) |

**IMPORTANT NOTE**

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

## Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| | |
|---|---|
| **Name:** AYMAR BAGHANA (Please Print) | **Phone No. 1:** [redacted] |
| **Address:** [redacted] | **Phone No. 2:** |
| | **Emil Address:** [redacted] |

## CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) SEPTEMBER 2015 to approximately (month, year) MAY 2016.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11/23/2019 (Date Signed) | ABaghana (Signature) |

**IMPORTANT NOTE**

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# OPT-IN CONSENT FORM

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| **Name:** Jermaine Menzie (Please Print) | **Phone No. 1:** [redacted] |
|---|---|
| **Address:** [redacted] | **Phone No. 2:** ______ <br> **Emil Address:** ______ |

## CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) 11/2016 to approximately (month, year) 5/2019.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| J. Menzie 11/20/2019 (Date Signed) | J. Menzie (Signature) |
|---|---|

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**



**OPT-IN CONSENT FORM**

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| | |
|---|---|
| **Name:** NATHAN PURRINGTON (Please Print) | **Phone No. 1:** [redacted] |
| **Address:** [redacted] | **Phone No. 2:** |
| | **Emil Address:** |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) 9-14 to approximately (month, year) 7-16.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11-22-19 (Date Signed) | [signature] (Signature) |

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

RECEIVED
NOV 27 2019

DocuSign Envelope ID: 6C1A2153-437B-4742-8F5F-E5FAD73BB63E

JTV

## OPT-IN CONSENT FORM

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

## Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| **Name:** Ryan Snyder (Please Print) | **Phone No. 1:** |
|---|---|
| **Address:** | **Phone No. 2:** |
| | **Emil Address:** |

## CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) May 2017 to approximately (month, year) May 2018.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 11/25/2019 (Date Signed) | DocuSigned by: [signature] 86CFBBDFAB8B40D (Signature) |
|---|---|

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

RECEIVED
NOV 25 2019
BY:

**OPT-IN CONSENT FORM**

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| | |
|---|---|
| **Name:** LOVENS Ovilmar (Please Print) | **Phone No. 1:** [redacted] |
| **Address:** [redacted] | **Phone No. 2:** |
| | **Emil Address:** [redacted] |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) 1/25/2017 to approximately (month, year) 12/21/2017.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq*. I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11/22/19 (Date Signed) | [signature] (Signature) |

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**



DocuSign Envelope ID: 8B821D21-5BC5-41F2-BFE3-CF58173916B6

JTV

**OPT-IN CONSENT FORM**

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| | |
|---|---|
| **Name:** Jeremias Ramirez (Please Print) | **Phone No. 1:** [redacted] |
| **Address:** [redacted] | **Phone No. 2:** |
| | **Emil Address:** [redacted] |

**CONSENT TO JOIN COLLECTIVE ACTION**

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) 12/2015 to approximately (month, year) 03/2017.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11/22/2019 (Date Signed) | DocuSigned by: [signature] A17C94F796AF4B3 (Signature) |

**IMPORTANT NOTE**

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

RECEIVED
NOV 22 2019
BY:

**OPT-IN CONSENT FORM**

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| | |
|---|---|
| **Name:** Shauntay Smith (Please Print) | **Phone No. 1:** [redacted] |
| **Address:** [redacted] | **Phone No. 2:** ______ <br> **Emil Address:** [redacted] |

**CONSENT TO JOIN COLLECTIVE ACTION**

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) March to approximately (month, year) 2016.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11/22/19 (Date Signed) | [signature] (Signature) |

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

RECEIVED
NOV 26 2019

DocuSign Envelope ID: 4F6B074B-4315-4B7D-804B-966D66656F40

**JTV**

**OPT-IN CONSENT FORM**

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| | |
|---|---|
| **Name:** Douglas Harrington (Please Print) | **Phone No. 1:** [redacted] |
| **Address:** [redacted] | **Phone No. 2:** |
| | **Emil Address:** [redacted] |

**CONSENT TO JOIN COLLECTIVE ACTION**

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) March 2015 to approximately (month, year) March, 2017.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11/25/2019 (Date Signed) | DocuSigned by: [signature] CEABADCDF8F14F4 (Signature) |

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**



**OPT-IN CONSENT FORM**

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| | |
|---|---|
| **Name:** Prosper Jean-Jacques (Please Print) | **Phone No.** [redacted] |
| **Address:** [redacted] | **Phone No. 2:** ______ <br> **Emil Address:** ______ |

**CONSENT TO JOIN COLLECTIVE ACTION**

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) 01/2016 to approximately (month, year) July 2016

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11/21/19 (Date Signed) | [signature] (Signature) |

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

RECEIVED
NOV 26 2019
BY:

## OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
United States District Court, District of Massachusetts
Docket No. 1:18-cv-11499-MLW

### Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| | |
|---|---|
| JIMY PIERRE (Please Print) | Phone N[redacted] |
| [redacted] | Phone No. 2: |
| | Email Address[redacted] |

### CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) 8 months to approximately (month, year) NOV. 2016 To June 2017

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11-24-2019 (Date Signed) | [signature] Jimy Pierre (Signature) |

**IMPORTANT NOTE**

Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

RECEIVED
NOV 24 2019
BY:

**OPT-IN CONSENT FORM**

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| | |
|---|---|
| **Name:** Jean Presendieu (Please Print) | **Phone No. 1** [redacted] |
| **Address:** [redacted] | **Phone No. 2:** ______ <br> **Emil Address:** ______ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) 10/10/2016 to approximately (month, year) 12/19/2017.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11/21/19 (Date Signed) | [signature] (Signature) |

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**



**OPT-IN CONSENT FORM**

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
United States District Court, District of Massachusetts
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
[illegible]

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604



Name: [illegible] (Please Print)
Phone No. 1:
Address:
Phone No. 2:
Email Address:

**CONSENT TO JOIN COLLECTIVE ACTION**

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) August 2017 to approximately (month, year) December 2017

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 11/21/19 (Date Signed) | [illegible] (Signature) |
|---|---|

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

RECEIVED
NOV 22 2019
BY:

**OPT-IN CONSENT FORM**

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| **Name:** Cornell HAiR (Please Print) | **Phone No. 1:** [redacted] |
| --- | --- |
| **Address:** [redacted] | **Phone No. 2:** |
| | **Emil Address:** [redacted] |

**CONSENT TO JOIN COLLECTIVE ACTION**

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) MArch 2015 to approximately (month, year) Feb 2018.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 11-20-2019 (Date Signed) | Cornell Hair (Signature) |
| --- | --- |

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**



DocuSign Envelope ID: EB7E44AB-C16D-41A7-8951-8B8EF482D25F

JTV

## OPT-IN CONSENT FORM

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| | |
|---|---|
| **Name:** Richard Gasbarro (Please Print) | **Phone No. 1:** [redacted] |
| **Address:** [redacted] | **Phone No. 2:** |
| | **Emil Address:** [redacted] |

## CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) June 2016 to approximately (month, year) February 2017.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11/23/2019 (Date Signed) | DocuSigned by: [signature] C28790DADFEB4EB (Signature) |

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**



DocuSign Envelope ID: B134E6DB-DFBA-4AD2-8F97-96DA68ED30FC

JTV

# OPT-IN CONSENT FORM

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

## Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| | |
|---|---|
| **Name:** Rocky Gorbey (Please Print) | **Phone No. 1:** [redacted] |
| **Address:** [redacted] | **Phone No. 2:** |
| | **Emil Address:** [redacted] |

## CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) October 2014 to approximately (month, year) March 2018.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11/22/2019 (Date Signed) | DocuSigned by: [signature] 115393F3C1504B0... (Signature) |

**IMPORTANT NOTE**

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**



**OPT-IN CONSENT FORM**

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| **Name:** Jiquelle Kinnard (Please Print) | **Phone No. 1:** [redacted] |
|---|---|
| **Address:** [redacted] | **Phone No. 2:** [redacted] |
| | **Emil Address:** [redacted] |

**CONSENT TO JOIN COLLECTIVE ACTION**

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) December 2017 to approximately (month, year) June 2019.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 11-21-19 (Date Signed) | Jequelle Kinnard (Signature) |
|---|---|

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

NOV 26 2019

BY:

**OPT-IN CONSENT FORM**

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| **Name:** Johnathen Garza (Please Print) | **Phone No. 1:** |
|---|---|
| **Address:** | **Phone No. 2:** |
| | **Emil Address** |

**CONSENT TO JOIN COLLECTIVE ACTION**

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) Aug 2016 to approximately (month, year) Oct 2018.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 11/21/19 (Date Signed) | [signature] (Signature) |
|---|---|

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**



**OPT-IN CONSENT FORM**

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| | |
|---|---|
| **Name:** MARCOS Rodriguez (Please Print) | **Phone No. 1:** [redacted] |
| **Address:** [redacted] | **Phone No. 2:** ________ |
| | **Emil Address:** ________ |

**CONSENT TO JOIN COLLECTIVE ACTION**

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) ________ to approximately (month, year) 10 - 17.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11-20-2019 (Date Signed) | [signature] (Signature) |

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

RECEIVED
NOV 26 2019

**OPT-IN CONSENT FORM**

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| **Name:** NICHOLAS O. PERRY (Please Print) | **Phone No. 1:** [redacted] |
|---|---|
| **Address:** [redacted] | **Phone No. 2:** ______ |
| | **Emil Address:** [redacted] |

**CONSENT TO JOIN COLLECTIVE ACTION**

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) 11/2013 to approximately (month, year) 5/2019.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 11/23/19 (Date Signed) | [signature] (Signature) |
|---|---|

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**



**OPT-IN CONSENT FORM**

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| | |
|---|---|
| **Name:** Michael Carl Fauntleroy (Please Print) | **Phone No. 1:** [redacted] |
| **Address:** [redacted] | **Phone No. 2:** ____<br>**Emil Address** [redacted] |

**CONSENT TO JOIN COLLECTIVE ACTION**

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) 3-16-2016 to approximately (month, year) 04-2019.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11-22-2019 (Date Signed) | [signature] (Signature) |

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**



**OPT-IN CONSENT FORM**

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| | |
|---|---|
| **Name:** John Coyman (Please Print) | **Phone No. 1:** [redacted] |
| **Address:** [redacted] | **Phone No. 2:** [redacted] **Emil Address:** [redacted] |

**CONSENT TO JOIN COLLECTIVE ACTION**

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) 6/18/2018 to approximately (month, year) 8/1/2019.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11/22/2019 (Date Signed) | [signature] (Signature) |

****IMPORTANT NOTE****

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

RECEIVED
NOV 27 2019
BY:



Phillip Strout 7178944061

**OPT-IN CONSENT FORM**

***Robenson Jean-Pierre v. J&L Cable TV Services, Inc.***
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| | |
|---|---|
| **Name:** Phillip Strout (Please Print) | **Phone No. 1:** [redacted] |
| **Address:** [redacted] | **Phone No. 2:** |
| | **Emil Address:** [redacted] |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) 1-15 to approximately (month, year) 10-19

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq*. I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| 11-27-19 (Date Signed) | [signature] (Signature) |

RECEIVED
NOV 27 2019
BY: