**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBENSON JEAN-PIERRE AND JEAN METELUS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J&L CABLE TV SERVICES, INC.,<br><br>Defendant. | Docket No. 1:18-cv-11499-MLW<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION** |

**NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION**

Plaintiffs Robenson Jean-Pierre and Jean Metelus, individually and on behalf of all persons similarly situated, hereby files the following Opt-In Consent Forms, submitted herewith as Exhibit 1, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, et seq.  **CONSENTS TO JOIN COLLECTIVE ACTION:**

 99.  Eurin R. Terrero

 100.  Edward K. Abbott

 101.  Anthony Hayward

 102.  Kevin  Paradis

 103.  Pierre A. Rene

 104.  Patrick W. Kelley

 105.  Ryan Bohan

 106.  Christopher P. Dupuis

 107.  Schamgar Jeantine

108. Schneider Andre

109. Joshua Triefler

110. James Earl

111. Chase Raymond Fitzgerald

Dated: December 23, 2019                                        Respectfully submitted,

/s/ Shoshana Savett
Sarah R. Schalman-Bergen
Shoshana Savett
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
sschalman-bergen@bm.net
stsavett@bm.net


Matthew W. Thomson, BBO #682745
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile:  (617) 994-5801
mthomson@llrlaw.com


Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS, LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

*Attorneys for Plaintiffs, the Collective and Putative Class*

## **CERTIFICATE OF SERVICE**

I, Shoshana Savett, hereby certify that on December 23, 2019, I filed the foregoing via the Court's CM/ECF system, which will automatically send a notice of filing to counsel of record.

/s/ Shoshana Savett
Shoshana Savett