## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBENSON JEAN-PIERRE AND JEAN METELUS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J&L CABLE TV SERVICES, INC.,<br><br>Defendant. | Docket No. 1:18-cv-11499-MLW<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION** |

## NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION

Plaintiffs Robenson Jean-Pierre and Jean Metelus, individually and on behalf of all persons similarly situated, hereby files the following Opt-In Consent Forms, submitted herewith as Exhibit 1, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, et seq.  **CONSENTS TO JOIN COLLECTIVE ACTION:**

120.  Shawn Fitzherbert

121.  Scott Aquizap

122.  Marc Holmes

123.  Handy Charles

124.  Juan F. Calle

125.  Austin T. Bowers

126.  Sean D. Dipietro

| | |
|---|---|
| Dated: January 06, 2020 | Respectfully submitted,<br><br>/s/ Shoshana Savett<br>Sarah R. Schalman-Bergen<br>Shoshana Savett<br>BERGER MONTAGUE PC<br>1818 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile:  (215) 875-4604<br>sschalman-bergen@bm.net<br>stsavett@bm.net<br><br>Matthew W. Thomson, BBO #682745<br>Lichten & Liss-Riordan, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 994-5800<br>Facsimile:  (617) 994-5801<br>mthomson@llrlaw.com<br><br>Carolyn H. Cottrell<br>Ori Edelstein<br>Michelle S. Lim<br>SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS, LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>Telephone: (415) 421-7100<br>Facsimile:  (415) 421-7105<br>ccottrell@schneiderwallace.com<br>oedelstein@schneiderwallace.com<br>mlim@schneiderwallace.com<br><br>*Attorneys for Plaintiffs, the Collective and Putative Class* |

## **CERTIFICATE OF SERVICE**

     I, Shoshana Savett, hereby certify that on January 06, 2020, I filed the foregoing via the Court's CM/ECF system, which will automatically send a notice of filing to counsel of record.

                                                   /s/ Shoshana Savett
                                                 Shoshana Savett