# EXHIBIT 1

## OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
United States District Court, District of Massachusetts
Docket No. 1:18-cv-11499-MLW

### Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| Name: Sean P DiPietro (Please Print) | Phone No. 1: [REDACTED] |
| Address: [REDACTED] | Phone No. 2: [REDACTED] |
| | Email Address: [REDACTED] |

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) 6/2/2009 to approximately (month, year) currently.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| Dec 31st 2019 (Date Signed) | Sean P DiPietro (Signature) |

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
United States District Court, District of Massachusetts
Docket No. 1:18-cv-11499-MLW

Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| Name: Scott Aquizap (Please Print) | Phone No. 1: ▮ |
| Address: ▮ | Phone No. 2: ▮ |
| | Emil Address: ▮ |

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) Dec. 2015 to approximately (month, year) April 2017.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 12/24/2019 (Date Signed) | /s/ Scott Aquizap (Signature) |

**IMPORTANT NOTE**
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.


RECEIVED DEC 3 1 2019

## OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

### Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

Name: Mark Holmes (Please Print)

Address: [redacted]

Phone No. 1: [redacted]

Phone No. 2: [redacted]

Emil Address: [redacted]

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) _____ to approximately (month, year) _____.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

12/26/19 (Date Signed)    Mark Holmes (Signature)

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

RECEIVED DEC 3 1 2019 BY:_____

JTV

## OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

### Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

Name: handy charles (Please Print)

Address: [redacted]

Phone No. 1: [redacted]
Phone No. 2: [redacted]
Email Address: [redacted]

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) 01/2017 to approximately (month, year) 04/2017.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

12/31/2019 (Date Signed)

DocuSigned by: handy charles
D291FCF6F1074DC... (Signature)

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

RECEIVED DEC 3 1 2019 BY:

## OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

### Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION info@JandLflsaLitigation.com  1650 Arch Street, Suite 2210
Philadelphia, PA 19103 **By Fax:**

**By Email:**

Attn: Shoshana Savett
(215) 875-4604

| Name: ___Austin Bowers___ (Please Print) | Phone No. 1: ▇▇▇ |
|---|---|
| Address: ▇▇▇ | Phone No. 2: ▇▇▇ |
| | Emil Address: ▇▇▇ |

### CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) ___June, 2018___ to approximately (month, year) ___November, 2018___.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

RECEIVED JAN 0 2 2020 BY:

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 01/02/2020 (Date Signed) | _____ (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***

**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**


RECEIVED JAN 0 2 2020 BY:

## OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

### Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| Name: Shawn Fitzherbert (Please Print) | Phone No. 1: ████ |
| Address: ████ | Phone No. 2: _____ |
| | Emil Address: _____ |

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201,** *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) Feb 2014 to approximately (month, year) Jan 2016.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 12-26-19 (Date Signed) | *[signature]* (Signature) |

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

RECEIVED DEC 30 2019

DocuSign Envelope ID: 17E95593-5C17-401A-9B4A-3491985CE0E7

JTV

## OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
United States District Court, District of Massachusetts
Docket No. 1:18-cv-11499-MLW

### Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

Name: Juan F Calle (Please Print)
Address: [redacted]

Phone No. 1: [redacted]
Phone No. 2:
Emil Address:

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) October, 2018 to approximately (month, year) May, 2019.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

1/1/2020 (Date Signed)

DocuSigned by: [signature] 2A3322C8F25F4A7 (Signature)

**\*\*IMPORTANT NOTE\*\***

Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.



RECEIVED JAN 0 1 2020 BY: