# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBENSON JEAN-PIERRE AND JEAN METELUS, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>J&L CABLE TV SERVICES, INC.,<br><br>　　　　　　　Defendant. | Docket No. 1:18-cv-11499-MLW<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION** |

## NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION

Plaintiffs Robenson Jean-Pierre and Jean Metelus, individually and on behalf of all persons similarly situated, hereby files the following Opt-In Consent Forms, submitted herewith as Exhibit 1, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, et seq.  **CONSENTS TO JOIN COLLECTIVE ACTION:**

141.　　Corey  Gilmore

142.　　John Trudeau

143.　　Jeffly Dorsainvil

144.　　Michael Simoes

145.　　Matthew Wright

146.　　Sean P. Dipietro

147.　　Edgar Abrams

148.　　Milton Rivers

149.　　Nelson Rios Camacho

150. Corey Anderson

151. Omar Lewis

152. Perez Prophete

Dated: January 14, 2020

Respectfully submitted,

/s/ Shoshana Savett
Sarah R. Schalman-Bergen
Shoshana Savett
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
sschalman-bergen@bm.net
stsavett@bm.net

Matthew W. Thomson, BBO #682745
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile:  (617) 994-5801
mthomson@llrlaw.com

Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS, LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

*Attorneys for Plaintiffs, the Collective and Putative Class*

## **CERTIFICATE OF SERVICE**

    I, Shoshana Savett, hereby certify that on January 14, 2020, I filed the foregoing via the Court's CM/ECF system, which will automatically send a notice of filing to counsel of record.

                      /s/ Shoshana Savett
                      Shoshana Savett