# EXHIBIT 1

OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
United States District Court, District of Massachusetts
Docket No. 1:18-cv-11499-MLW

### Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

Name: Michael J Sim (Please Print)

Address: [redacted]

Phone No. 1: [redacted]

Phone No. 2: [redacted]

Emil Address: [redacted]

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) Jan 2016 to approximately (month, year) April 2016.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

1/2/2020 (Date Signed)

Michael J Sim (Signature)

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.


RECEIVED JAN 07 2020 BY:

## OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

### Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

Name: Omar Lewis (Please Print)

Address: [redacted]

Phone No. 1: [redacted]

Phone No. 2: [redacted]

Emil Address: [redacted]

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) _____ to approximately (month, year) _____.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

4-01-2020 (Date Signed)

_____ (Signature)

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.



RECEIVED JAN 1 0 2020 BY:_____

## OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

### Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

Name: *Previously Corey Medeiros* / Corey Gilmore (Please Print)

Address: [redacted]

Phone No. 1: [redacted]
Phone No. 2: [redacted]
Emil Address: [redacted]

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) ~~Jan~~ Oct 2016 to approximately (month, year) May 2017.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

Nov 20, 2019 (Date Signed) — Corey Gilmore (Signature)

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

RECEIVED JAN 0 6 2020 BY:_____

## OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
United States District Court, District of Massachusetts
Docket No. 1:18-cv-11499-MLW

### Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

Name: John Trudeau (Please Print)

Address: [REDACTED]

Phone No. 1: [REDACTED]
Phone No. 2: [REDACTED]
Email Address: [REDACTED]

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) 3/13 to approximately (month, year) 12/16.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

01-06-2020 (Date Signed)     [Signature]

**"IMPORTANT NOTE"**
Statute of Limitations concerns mandate that you return this form as soon as possible to p[...]

RECEIVED
JAN 0 6 2020
BY:

## OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

### Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

Name: Milton Rivers (Please Print)

Address: [redacted]

Phone No. 1: [redacted]
Phone No. 2: [redacted]
Email Address: [redacted]

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) __7/17__ to approximately (month, year) __11/17__.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

__1/5/20__ (Date Signed)    (Signature)

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.


RECEIVED JAN 09 2020 BY:_____

# OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
United States District Court, District of Massachusetts
Docket No. 1:18-cv-11499-MLW

## Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

Name: Nelson Rios Camacho (Please Print)

Address: [redacted]

Phone No. 1: [redacted]

Phone No. 2: _____

Emil Address: _____

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) 4/15/17 to approximately (month, year) 10/5/17.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

1/4/2020 (Date Signed)    [signature] (Signature)

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

RECEIVED
JAN 09 2020
BY:_____

## OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
**United States District Court, District of Massachusetts**
Docket No. 1:18-cv-11499-MLW

### Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| Name: Jeffly Dorsainvil (Please Print) | Phone No. 1: |
| Address: [redacted] | Phone No. 2: |
| | Emil Address: |

### CONSENT TO JOIN COLLECTIVE ACTION
#### Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) 04/2017 to approximately (month, year) 12/2017.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 12/30/19 (Date Signed) | [signature] (Signature) |

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

RECEIVED JAN 06 2020 BY:___

## OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
United States District Court, District of Massachusetts
Docket No. 1:18-cv-11499-MLW

### Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| Name: Perez Prophete (Please Print) Address: | Phone No. 1: Phone No. 2: Emil Address: |
|---|---|

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) _____ to approximately (month, year) __11 months__.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 12/30/2019 (Date Signed) | _____ (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.



RECEIVED
JAN 10 2020

## OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
United States District Court, District of Massachusetts
Docket No. 1:18-cv-11499-MLW

### Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

Name: Corey Anderson (Please Print)

Address: [redacted]

Phone No. 1: [redacted]

Phone No. 2: [redacted]

Emil Address: [redacted]

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) October 2016 to approximately (month, year) November 2018.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

1/4/2019 (Date Signed) _____ (Signature)

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

RECEIVED JAN 09 2020 BY:___

## OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
United States District Court, District of Massachusetts
Docket No. 1:18-cv-11499-MLW

### Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

Name: Matthew Wright (Please Print)

Address: [redacted]

Phone No. 1: [redacted]
Phone No. 2: [redacted]
Emil Address: [redacted]

### CONSENT TO JOIN COLLECTIVE ACTION
#### Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) December 2017 to approximately (month, year) December 2018.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

12/26/19 (Date Signed)

_____ (Signature)

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.



RECEIVED JAN 07 2020 BY:_____

## OPT-IN CONSENT FORM

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
United States District Court, District of Massachusetts
Docket No. 1:18-cv-11499-MLW

### Complete And Submit To:

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

Name: Edgar Abrams (Please Print)

Address: [redacted]

Phone No. 1: [redacted]
Phone No. 2: [redacted]
Emil Address: [redacted]

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) Sept 2015 to approximately (month, year) May 2019.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

12-11-19 Ed Abrams (Date Signed)    Ed Abrams (Signature)

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.


RECEIVED JAN 0 8 2020 BY:

**OPT-IN CONSENT FORM**

*Robenson Jean-Pierre v. J&L Cable TV Services, Inc.*
United States District Court, District of Massachusetts
Docket No. 1:18-cv-11499-MLW

**Complete And Submit To:**

**By Mail:**
J&L FLSA LITIGATION
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**By Email:**
info@JandLflsaLitigation.com

**By Fax:**
Attn: Shoshana Savett
(215) 875-4604

| Name: Sean P DiPietro (Please Print) | Phone No. 1: ▮ |
| Address: ▮ | Phone No. 2: ▮ |
| | Emil Address: ▮ |

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant's (J&L Cable TV Services, Inc.) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for Defendant as a Technician from approximately (month, year) 6/2/2009 to approximately (month, year) currently.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague PC to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| Dec 31st 2019 (Date Signed) | [signature] (Signature) |

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights

RECEIVED
JAN 07 2020
BY: