**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBENSON JEAN-PIERRE AND JEAN METELUS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J&L CABLE TV SERVICES, INC.,<br><br>Defendant. | Docket No. 1:18-cv-11499-MLW<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION** |

## NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION

Plaintiffs Robenson Jean-Pierre and Jean Metelus, individually and on behalf of all persons similarly situated, hereby files the following Opt-In Consent Forms, submitted herewith as Exhibit 1, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, et seq.  **CONSENTS TO JOIN COLLECTIVE ACTION:**

140. Keith Kitchens

141. Felix Martinez

142. Vladimir Pierre

143. Ryan Frizzell

144. Nathaniel Waring

145. Guyfenley Sylvestre

146. Nathaniel Pozzi

147. Beau Bergeron

148. Remus Thelusmond

149. Andres Perez
150. Kelso Francois
151. Robert Joyner
152. Manuel Roman
153. Michael Campbell
154. Kernst Menard
155. Kirth Petgrave
156. Kevin V.B. Dos Santos
157. Mark Waldrip
158. Noe Pouyes
159. Maronne Vilsaint
160. Eric Anderson
161. Prince McPherson
162. John Fontes
163. Luis Cabrera
164. Kevin Tambouris
165. Jason Lindahl
166. Harold Ryan
167. Ismael Vaquiz
168. Paul Nunnally
169. Jose Urbieta
170. Troy Adams

Dated: January 17, 2020

Respectfully submitted,

/s/ Shoshana Savett
Sarah R. Schalman-Bergen
Shoshana Savett
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
sschalman-bergen@bm.net
stsavett@bm.net


Matthew W. Thomson, BBO #682745
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile:  (617) 994-5801
mthomson@llrlaw.com


Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS, LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

*Attorneys for Plaintiffs, the Collective and Putative Class*

## **CERTIFICATE OF SERVICE**

    I, Shoshana Savett, hereby certify that on January 17, 2020, I filed the foregoing via the Court's CM/ECF system, which will automatically send a notice of filing to counsel of record.

                              /s/ Shoshana Savett
                              Shoshana Savett