# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBENSON JEAN-PIERRE AND JEAN METELUS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J&L CABLE TV SERVICES, INC.,<br><br>Defendant. | Docket No. 1:18-cv-11499-MLW<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION** |

## NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION

Plaintiffs Robenson Jean-Pierre and Jean Metelus, individually and on behalf of all persons similarly situated, hereby files the following Opt-In Consent Forms, submitted herewith as Exhibit 1, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, et seq. **CONSENTS TO JOIN COLLECTIVE ACTION:**

171. Joseph Bennett

172. Wagner Nascimento

173. Ken Audet

174. Yvaquito Pericles

175. Devin Long

176. Brian White

177. Seth Stevens

178. Earl Justin Felder

179. Ryan Brown

180. Bill McKee

181. Jean Prophete

182. Willie Russell

183. William Splude

| | |
|---|---|
| Dated: January 24, 2020 | Respectfully submitted, |
| | /s/ Shoshana Savett<br>Sarah R. Schalman-Bergen<br>Shoshana Savett<br>BERGER MONTAGUE PC<br>1818 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>sschalman-bergen@bm.net<br>stsavett@bm.net |
| | Matthew W. Thomson, BBO #682745<br>Lichten & Liss-Riordan, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 994-5800<br>Facsimile:  (617) 994-5801<br>mthomson@llrlaw.com |
| | Carolyn H. Cottrell<br>Ori Edelstein<br>Michelle S. Lim<br>SCHNEIDER WALLACE<br>COTTRELL KONECKY<br>WOTKYNS, LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>Telephone: (415) 421-7100<br>Facsimile:  (415) 421-7105<br>ccottrell@schneiderwallace.com |

oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

*Attorneys for Plaintiffs, the Collective and Putative Class*

## CERTIFICATE OF SERVICE

I, Shoshana Savett, hereby certify that on January 24, 2020, I filed the foregoing via the Court's CM/ECF system, which will automatically send a notice of filing to counsel of record.

/s/ Shoshana Savett
Shoshana Savett